UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DANYELL N. STEWART, | ) | CASE NO. 4:24-cv-302 |
| | ) | |
| PLAINTIFF, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | MEMORANDUM OPINION AND |
| | ) | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| | ) | |
| DEFENDANT. | ) | |

Before the Court is the report and recommendation ("R&R") of the Magistrate Judge in the above-entitled action. (Doc. No. 16.) In the R&R, the Magistrate Judge recommends that the Court reverse the decision of the Commissioner of Social Security and remand the matter for further proceedings. On January 30, 2025, the Commissioner filed a response in which she advised the Court that she would not be filing objections to the R&R. (Doc. No. 17.)

The Court has reviewed the Magistrate Judge's R&R and adopts the same. Accordingly, the decision of the Commissioner is REVERSED, and this matter is REMANDED to the Commissioner for further proceedings consistent with the R&R and this Court's Memorandum Opinion.

**IT IS SO ORDERED**.

Dated: January 30, 2025

                                                  **HONORABLE SARA LIOI**
                                                  **CHIEF JUDGE**
                                                  **UNITED STATES DISTRICT COURT**